SCOT-20-0000406

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

NICHOLAS L. ABEL,
Plaintiff,

vs.

KAUA'I COMMUNITY CORRECTIONAL CENTER ET AL., Defendants.

---

ORIGINAL PROCEEDING

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of plaintiff Nicholas L. Abel's "Motion to File Complaint", filed on June 1, 2020, it appears that this court lacks jurisdiction to consider the complaint. See HRS § 602-5. Therefore,

IT IS HEREBY ORDERED that the "Motion to File Complaint" is dismissed.

DATED: Honolulu, Hawai'i, June 23, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

